IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-57-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEFFREY CLEO WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

The United States shall file a response to defendant's request for jail credit [D.E. 118] not later than October 21, 2022.

SO ORDERED. This 30 day of September, 2022.

JAMES C. DEVER III
United States District Judge