UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-57-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY CLEO WILLIAMS | ORDER TO SEAL |

On motion of the Defendant, Jeffrey Cleo Williams, and for good cause shown, it is hereby ORDERED that **DE 126** be sealed until further notice by this Court.

IT IS SO ORDERED.

This __5__ day of August, 2024.

JAMES C. DEVER III
United States District Court Judge